## MERRILL v. CLAREMONT.

Where the horses of a traveller, being frightened by an overturn of their load caused by a defect in the highway, escape from him, run ninety rods, and collide with another traveller, the injury of the latter may be a natural and probable consequence of the defect, for which the town is liable.

CASE, for damage happening by reason of a defect in a highway. It was alleged in the declaration that the highway was sloping, rounding, uneven, encumbered by a snow-drift, and unsafe; that one B. was travelling in the highway, driving two horses that were drawing a sled loaded with bark; and that, by reason of the defect, the sled was overturned, the horses were frightened, escaped, and ran without guidance against the plaintiff, who was travelling in the highway. The distance from the place where the sled was overturned to the place of the collision with the plaintiff was ninety rods. The question whether the action can be maintained was reserved.

*Barton*, for the plaintiff, cited *Underhill* v. *Manchester*, 45 N. H. 214, 216; *Cate* v. *Cate*, 50 N. H. 144; *Ricker* v. *Freeman*, 50 N. H. 420; *State* v. *M. & L. R. R.*, 52 N. H. 528, 552; *Stark* v. *Lancaster*, 57 N. H. 88, 91, 93; *McIntire* v. *Plaisted*, 57 N. H. 606, 608; *Gilman* v. *Noyes*, 57 N. H. 627; *Tuttle* v. *Farmington*, 58 N. H. 13; *Kelsey* v. *Glover*, 15 Vt. 708; *Vandenburgh* v. *Truax*, 4 Denio 464; *Dickson* v. *McCoy*, 39 N. Y. 400; *Clark* v. *Chambers*, L. R. 3 Q. B. D. 327; *McDonald* v. *Snelling*, 14 Allen 290.

*Colby, Parker,* and *Baker,* for the defendant, cited *Marble* v. *Worcester,* 4 Gray 395 ; *Bosch* v. *B. & M. R. R.,* 44 Iowa 402; *Rockford* v. *Tripp,* 83 Ill. 247.

Doe, C. J.    Evidence is stated in the case upon which we think it may be properly found that the plaintiff's injury was the natural and probable consequence of the defendant's neglect of duty.

*Case discharged.*

Allen and Clark, JJ., did not sit.